**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**  _____

2. **All other names debtor used in the last 8 years**  _____

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   _____
   Number     Street

   _____

   _____
   City                              State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City                              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                              State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor _____     Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7
❑ Chapter 9
❑ Chapter 11. *Check all that apply*:

   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No
❑ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY
            District _____  When _____  Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No
❑ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                                            MM  /  DD  / YYYY
       Case number, if known _____

Debtor _____     Case number (*if known*)_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ❏ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>❏ It needs to be physically secured or protected from the weather.<br>❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>❏ Other _____<br><br>**Where is the property?** _____<br>        Number       Street<br>_____<br>_____<br>City                                  State      ZIP Code<br><br>**Is the property insured?**<br>❏ No<br>❏ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>❏ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ❏ 1-49            ❏ 1,000-5,000           ❏ 25,001-50,000<br>❏ 50-99           ❏ 5,001-10,000          ❏ 50,001-100,000<br>❏ 100-199      ❏ 10,001-25,000       ❏ More than 100,000<br>❏ 200-999 |
| **15. Estimated assets** | ❏ $0-$50,000            ❏ $1,000,001-$10 million        ❏ $500,000,001-$1 billion<br>❏ $50,001-$100,000     ❏ $10,000,001-$50 million      ❏ $1,000,000,001-$10 billion<br>❏ $100,001-$500,000   ❏ $50,000,001-$100 million     ❏ $10,000,000,001-$50 billion<br>❏ $500,001-$1 million    ❏ $100,000,001-$500 million   ❏ More than $50 billion |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page **3**

Debtor _____    Case number (*if known*)_____
       Name

| **16.** | **Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on  _____
               MM  /  DD  / YYYY

✘ _____   _____   ✘ _____   _____
Signature of authorized representative of debtor   Printed name         Signature of authorized representative of debtor   Printed name

Title _____                              Title _____.

✘ _____   _____
Signature of authorized representative of debtor   Printed name

Title _____

**18. Signature of attorney**

✘ _____    Date  _____
Signature of attorney for debtor                                  MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____   _____   _____
City                                                        State         ZIP Code

_____   _____
Contact phone                        Email address

_____   _____
Bar number                                            State

## Annex 1

### SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| | Debtor | Employer Identification Number (EIN) |
|---|---|---|
| 1. | SunEdison, Inc. | 56-1505767 |
| 2. | SunEdison DG, LLC | N/A |
| 3. | SunEdison Holdings Corporation | 73-1628669 |
| 4. | SunEdison Utility Holdings, Inc. | 47-3636443 |
| 5. | SunEdison International, Inc. | 43-1804551 |
| 6. | SUNE ML 1, LLC | 47-2843132 |
| 7. | MEMC Pasadena, Inc. | 43-1715238 |
| 8. | Solaicx | 01-0691969 |
| 9. | SunEdison Contracting, LLC | 20-3833819 |
| 10. | NVT, LLC | 20-3835370 |
| 11. | NVT Licenses, LLC | 20-3835445 |
| 12. | Team-Solar, Inc. | 94-3357782 |
| 13. | SunEdison Canada, LLC | 26-0476287 |
| 14. | Enflex Corporation | 68-0305515 |
| 15. | Fotowatio Renewable Ventures, Inc. | 46-0521788 |
| 16. | Silver Ridge Power Holdings, LLC | 47-2465886 |
| 17. | SunEdison International, LLC | 26-0501567 |
| 18. | Sun Edison LLC | 20-0291450 |
| 19. | SUNE Wind Holdings, Inc. | 47-4332144 |
| 20. | SUNE Hawaii Solar Holdings, LLC | 81-2320994 |
| 21. | First Wind Solar Portfolio, LLC | 45-5265014 |
| 22. | First Wind California Holdings, LLC | 26-2377697 |
| 23. | SunEdison Products Singapore PTE Ltd. | 98-1137373 |
| 24. | SEV Merger Sub, Inc. | N/A |
| 25. | PVT Solar, Inc. | 26-2683308 |
| 26. | SunEdison Residential Services, LLC | 27-4955787 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SUNEDISON PRODUCTS SINGAPORE PTE LTD.,** | : | Case No. 16-_____ (___) |
| | : | |
| Debtor.[1] | : | (Joint Administration Pending) |
| | : | |

**CORPORATE OWNERSHIP STATEMENT OF**
**SUNEDISON PRODUCTS SINGAPORE PTE LTD.**

   Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the organizational chart attached hereto as <u>Exhibit 1</u> identifies all entities having a direct or indirect ownership interest in SunEdison Products Singapore PTE Ltd., the above-captioned debtor and debtor in possession (the "<u>Debtor</u>").

**LIST OF EQUITY SECURITY HOLDERS**

   The following list sets forth each of the equity security holders of the Debtor, and has been prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| **Equity Holder** | **Address of Equity Holder** | **Number of Units** | **Type of Units** |
|---|---|---|---|
| SunEdison International, Inc. | 13736 Riverport Drive Maryland Heights, MO 63043 | 101 | Common Stock |

---

[1] The last four digits of the Debtor's taxpayer identification numbers is (7373) and the address of its corporate headquarters is 9 Battery Road #15-01, Straits Trading Building, Singapore 049910.



1293443/NY03A

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        ✘ _____
MM / DD / YYYY               Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor Name _____

United States Bankruptcy Court for the:  Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Trust, National Association Corporate Trust Office, 2020 Convertible Senior Notes 1100 North Market St Wilmington, DE 19890 | Wilmington Trust, National Association Corporate Trust Office, 2020 Convertible Senior Notes PHONE: 302-651-1000 FAX: 302-636-4145 EMAIL: tmorris@wilmingtontrust.com | 2020 Convertible Notes | | | | $488,500,000.00 |
| 2 | Wilmington Trust, National Association Corporate Trust Office, 2022 Convertible Senior Notes 1100 North Market St Wilmington, DE 19890 | Wilmington Trust, National Association Corporate Trust Office, 2022 Convertible Senior Notes PHONE: 302-651-1000 FAX: 302-636-4145 EMAIL: tmorris@wilmingtontrust.com | 2022 Convertible Notes | | | | $347,000,000.00 |

| | Name and address | Contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | | | Amount of claim |
|---|---|---|---|---|---|---|---|
| 3 | Wilmington Trust, National Association<br>Corporate Trust Office, 2025 Convertible Senior Notes<br>1100 North Market St<br>Wilmington, DE 19890 | Wilmington Trust, National Association<br>Corporate Trust Office, 2025 Convertible Senior Notes<br>PHONE: 302-651-1000<br>FAX: 302-636-4145<br>EMAIL: tmorris@wilmingtontrust.com | 2025 Convertible Notes | | | | $320,125,000.00 |
| 4 | Wilmington Trust, National Association<br>Corporate Trust Office, 2021 Convertible Senior Notes<br>1100 North Market St<br>Wilmington, DE 19890 | Wilmington Trust, National Association<br>Corporate Trust Office, 2021 Convertible Senior Notes<br>PHONE: 302-651-1000<br>FAX: 302-636-4145<br>EMAIL: tmorris@wilmingtontrust.com | 2021 Convertible Notes | | | | $289,500,000.00 |
| 5 | Wilmington Trust, National Association<br>Corporate Trust Office, 2023 Convertible Senior Notes<br>1100 North Market St<br>Wilmington, DE 19890 | Wilmington Trust, National Association<br>Corporate Trust Office, 2023 Convertible Senior Notes<br>PHONE: 302-651-1000<br>FAX: 302-636-4145<br>EMAIL: tmorris@wilmingtontrust.com | 2023 Convertible Notes | | | | $279,022,000.00 |
| 6 | Wilmington Trust, National Association<br>Corporate Trust Office, 2018 Convertible Senior Notes<br>1100 North Market St<br>Wilmington, DE 19890 | Wilmington Trust, National Association<br>Corporate Trust Office, 2018 Convertible Senior Notes<br>PHONE: 302-651-1000<br>FAX: 302-636-4145<br>EMAIL: tmorris@wilmingtontrust.com | 2018 Convertible Notes | | | | $255,674,000.00 |
| 7 | D. E. Shaw & Co., L.P.<br>Attn: Martin Lebwohl<br>1166 Avenue of the Americas, 6th Floor<br>New York, NY 10036 | D. E. Shaw & Co., L.P.<br>Attn: Martin Lebwohl<br>PHONE: 212-478-0000<br>FAX: 212-478-0100<br>EMAIL: martin.lebwohl@deshaw.com | Contractual Payment Claim; co-claimant with Madison Dearborn Capital Partners IV, L.P. | Contingent, Unliquidated, Disputed | | | $231,000,000.00 |
| 7 | Madison Dearborn Capital Partners IV, L.P.<br>Attn: Matt Raino, Mark Tresnowski<br>Three First National Plaza, Suite 4600<br>Chicago, IL 60603 | Madison Dearborn Capital Partners IV, L.P.<br>Attn: Matt Raino, Mark Tresnowski<br>PHONE: 213-895-1000<br>FAX: 312-895-1041<br>EMAIL: mraino@MDCP.com; mtresnowski@MDCP.com | Contractual Payment Claim; co-claimant with D.E. Shaw & Co., L.P. | Contingent, Unliquidated, Disputed | | | $231,000,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Wilmington Trust, National Association<br>Corporate Trust Office, Exchangeable Notes due 2020<br>1100 North Market St<br>Wilmington, DE 19890 | Wilmington Trust, National Association<br>Corporate Trust Office, Exchangeable Notes due 2020<br>PHONE: 302-651-1000<br>FAX: 302-636-4145<br>EMAIL: tmorris@wilmingtontrust.com | Exchangeable Notes due 2020 | Contingent | | $215,000,000.00 |
| 9 | Renova Energia<br>Cristiano C. Barros, CEO<br>Avenida Roque Petroni<br>999- 40 andar<br>Villa Gertrudes<br>Sao Paulo, SP 04707-910<br>Brazil | Renova Energia<br>Cristiano C. Barros, CEO<br>PHONE: 55 (11) 3509-1100<br>FAX: 55 (11) 3509-111300<br>EMAIL: | Contractual Payment Claim | Contingent, Unliquidated, Disputed | | $200,000,000.00 |
| 10 | PCS Phosphate Company, Inc. and PCS Sales (USA), Inc.<br>Attn: Troy Erny, VP Industrial Sales<br>1101 SKOKIE BLVD STE 400<br>Northbrook, IL 60062 | PCS Phosphate Company, Inc. and PCS Sales (USA), Inc.<br>Attn: Troy Erny, VP Industrial Sales<br>PHONE: 847-849-4200<br>FAX: 847-849-4695<br>EMAIL: tlerny@potashcorp.com | Litigation | Contingent, Unliquidated, Disputed | | $185,000,000.00 |
| 11 | R/C US Solar Investment Partnership, L.P.<br>Attn: General Counsel<br>c/o Riverstone Holdings LLC<br>712 Fifth Avenue, 36th Floor<br>New York, NY 10019 | R/C US Solar Investment Partnership, L.P.<br>Attn: General Counsel<br>PHONE: 212-993-0076<br>FAX: 212-993-0077<br>EMAIL: | Contractual Payment Claim | Contingent, Unliquidated, Disputed | $140,000,000.00 | $37,500,000.00 | $102,500,000.00 |
| 12 | Flextronics International<br>Attn: Michael M. McNamara, Chief Executive Officer<br>847 Gibraltar Dr Bldg 5<br>Milpitas, CA 95035 | Flextronics International<br>Attn: Michael M. McNamara, Chief Executive Officer<br>PHONE: 408-576-7000<br>FAX: 408-576-7454<br>EMAIL: rachael.serafini@flextronics.com | Trade | Contingent, Unliquidated, Disputed | | $44,460,971.00 |
| 13 | Atlantic Specialty Insurance Co.<br>Attn: General Counsel<br>605 Highway 169 North Suite 800<br>Plymouth, MN 55441 | Atlantic Specialty Insurance Co.<br>Attn: General Counsel<br>PHONE: 781-332-7000<br>FAX: 781-332-7969<br>EMAIL: | Litigation | Contingent, Unliquidated, Disputed | | $31,000,000.00 |

Debtor _____    Case number (if known) _____
        Name

| # | Creditor | Contact | Nature of Claim | Status | | | Amount |
|---|---|---|---|---|---|---|---|
| 14 | BTG Pactual Brazil Infrastructure Fund II, LP; P2 Brasil Private Infrastructure Fund II, LP, et al. Attn: Tai-Heng Cheng Quinn Emanuel Urquhart & Sullivan, LLP 51 Madison Avenue, 22nd Floor New York, NY 10010 | BTG Pactual Brazil Infrastructure Fund II, LP; P2 Brasil Private Infrastructure Fund II, LP, et al. Attn: Tai-Heng Cheng PHONE: 212-849-7000 FAX: 212-849-7100 EMAIL: taihengcheng@quinnemanuel.com; michaelcarlinsky@quinnemanuel.com; johnchun@quinnemanuel.com | Contractual Payment Claim | Contingent, Unliquidated, Disputed | | | $20,000,000.00 |
| 15 | Jinneng Clean Energy Technology Ltd. Attn: Dr. Liyou Yang, General Manager No.1 Wenshui Economic Development Zone Lvliang City , Shanxi 032100 China | Jinneng Clean Energy Technology Ltd. Attn: Dr. Liyou Yang, General Manager PHONE: 86-358-3300916 FAX: EMAIL: zhongping.mao@jinergy.com | Trade | Contingent, Unliquidated, Disputed | | | $16,237,805.45 |
| 16 | Taimax And Woongjin Energy Co. Ltd. Attn: Jaekyun Lee, Chief Executive Officer 37, Gwanpyeong-Dong) Techno 2-RO Yuseong-Gu Daejoen,  305-509 Korea | Taimax And Woongjin Energy Co. Ltd. Attn: Jaekyun Lee, Chief Executive Officer PHONE: 82-42-939-8114 FAX: 82-42-939-8098 EMAIL: bjkim@woongjinenergy.com | Litigation | Contingent, Unliquidated, Disputed | | | $15,400,000.00 |
| 17 | Solarpark Korea Co., Ltd. Attn: Hyunwoo Park, Chief Executive Officer 855-1, Dunsan-Ri, Bongdong-Wup Wanju-Gun Jeollabuk-Do ,  565-902 Korea | Solarpark Korea Co., Ltd. Attn: Hyunwoo Park, Chief Executive Officer PHONE: 82-(0)63-710-3000 FAX: 82-(0)63-710-3001 EMAIL: hyunwoo.park@solarpark-korea.com | Trade | Contingent, Unliquidated, Disputed | | | $14,837,500.31 |
| 18 | PricewaterhouseCoopers LLC Attn: General Counsel 800 MARKET ST SAINT LOUIS,  63101 | PricewaterhouseCoopers LLC Attn: General Counsel PHONE: 314-206-8514 FAX: 314-206-8500 EMAIL: | Trade | Contingent, Unliquidated, Disputed | | | $14,708,878.49 |

Debtor _____    Case number (if known) _____
         Name

| # | Creditor Name and Address | Contact | Nature of Claim | Status | | | Amount |
|---|---|---|---|---|---|---|---|
| 19 | Akuo Energy<br>Attn: General Counsel<br>140, avenue des Champs Elysees<br>Paris, 75008<br>France | Akuo Energy<br>Attn: General Counsel<br>PHONE: 33(0)1 47 66 09 90<br>FAX: 33(0)1 47 55 10 51<br>EMAIL: contact@akuoenergy.com | Litigation | Contingent,<br>Unliquidated,<br>Disputed | | | $13,017,216.00 |
| 20 | Chint Solar (Hong Kong) Co., Ltd.<br>Attn: Mr. Yongcai Wang, President<br>1335 Binan Road, Binjian District<br>Hangzhou, 310053<br>China | Chint Solar (Hong Kong) Co., Ltd.<br>Attn: Mr. Yongcai Wang, President<br>PHONE: 86-571-5810-7219<br>FAX: 86-571-5675-3388<br>EMAIL: amity.hu@astronergy.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $11,257,752.44 |
| 21 | Trina Solar Inc.<br>Attn: Jifan Gao, Chief Executive Officer<br>No.2 Tian He Road, Electronics Park, New District<br>Chang Zhou, Jiangsu 213031<br>China | Trina Solar Inc.<br>Attn: Jifan Gao, Chief Executive Officer<br>PHONE: 86-519-8548-5801<br>FAX: 86-519-8548-5936<br>EMAIL: Huafeng.Jin@Trinasolar.Com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $10,518,107.40 |
| 22 | Hefei JA Solar Technology Co Ltd<br>Attn: Baofang Jin, Chief Executive Officer<br>No.1, Jianhua Road, Bali Town, Economic Development Zone<br>Yangzhou, Jiangsu 225000<br>China | Hefei JA Solar Technology Co Ltd<br>Attn: Baofang Jin, Chief Executive Officer<br>PHONE: 86-514-8554-8123<br>FAX: 86-514-8554-8191<br>EMAIL: yinghg@jasolar.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $10,380,370.86 |
| 23 | Eastern Maine Electric Cooperative, Inc.<br>Attn: John McVeigh<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | Eastern Maine Electric Cooperative, Inc.<br>Attn: John McVeigh<br>PHONE: 207-791-3000<br>FAX: 207-791-3111<br>EMAIL: jmcveigh@preti.com | Litigation | Contingent,<br>Unliquidated,<br>Disputed | | | $10,000,000.00 |

Debtor _____    Case number (if known) _____
          Name

| # | Creditor | Contact | Nature of Claim | Status | | | Amount |
|---|---|---|---|---|---|---|---|
| 24 | Marathon Capital LLC<br>Attn: Richard Mooney<br>Rimon PC<br>One Embarcadero Center, Ste 400<br>San Francisco, CA 94111 | Marathon Capital LLC<br>Attn: Richard Mooney<br>PHONE: 415-683-5472<br>FAX: 415-683-5472<br>EMAIL: richard.mooney@rimonlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | $8,750,000.00 |
| 25 | PCS SALES INC<br>Attn: Troy Erny, VP Industrial Sales<br>1101 SKOKIE BLVD STE 400<br>Northbrook, IL 60062 | PCS SALES INC<br>Attn: Troy Erny, VP Industrial Sales<br>PHONE: 847-849-4200<br>FAX: 847-849-4695<br>EMAIL: tlerny@potashcorp.com | Trade | Contingent, Unliquidated, Disputed | | | $8,642,214.00 |
| 26 | KIRKLAND & ELLIS LLP<br>Attn: Jeffrey Bossert Clark<br>655 15th St NW<br>Washington, DC 20005-5793 | KIRKLAND & ELLIS LLP<br>Attn: Jeffrey Bossert Clark<br>PHONE: 202-8795960<br>FAX: 202-879-5200<br>EMAIL: jeffrey.clark@kirkland.com | Trade | Contingent, Unliquidated, Disputed | | | $6,552,339.00 |
| 27 | Fortis Advisors LLC; Khosla Ventures II LP; Khosla Ventures III LP; Sigma Assocs. 8, L.P.; Sigma Partners 8, L.P.; Sigma Investors 8, L.P.; & Energy & Environment First Investment L.P.<br>Attn: Hayes P. Hyde<br>Goodwin Procter LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA 94111-9991 | Fortis Advisors LLC; Khosla Ventures II LP; Khosla Ventures III LP; Sigma Assocs. 8, L.P.; Sigma Partners 8, L.P.; Sigma Investors 8, L.P.; & Energy & Environment First Investment L.P.<br>Attn: Hayes P. Hyde<br>PHONE: 415-733-6044<br>FAX: 415-733-3220<br>EMAIL: hhyde@goodwinprocter.com | Litigation | Contingent, Unliquidated, Disputed | | | $5,968,702.00 |
| 28 | Ecka Granules of America<br>Attn: General Counsel<br>500 Prosperity Drive<br>Orangeburg, SC 29115 | Ecka Granules of America<br>Attn: General Counsel<br>PHONE: 919-287-9815<br>FAX: 803-928-5102<br>EMAIL: info@ecka-granules.com | Litigation | Contingent, Unliquidated, Disputed | | | $5,100,000.00 |
| 29 | Tata America International Corporation<br>Attn: General Counsel<br>101 Park Ave, Fl 26<br>New York, NY 10178-0002 | Tata America International Corporation<br>Attn: General Counsel<br>PHONE: 212 867 8652<br>FAX: 212 557 8038<br>EMAIL: srai@memc.com | Trade | Contingent, Unliquidated, Disputed | | | $4,927,178.95 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims**    **Page 6**

Debtor _____    Case number (if known) _____
              Name

| # | Creditor | Contact | Nature | Status | | | Amount |
|---|---|---|---|---|---|---|---|
| 30 | Inelsa UK, LTD<br>Veronica Miguez Magdalena<br>3 More London Riverside<br>London, SE1 2RE<br>United Kingdom | Inelsa UK, LTD<br>Veronica Miguez Magdalena<br>PHONE: 34 986 727024<br>FAX: 34 986 724379<br>EMAIL: vmiguez@grupohedomin.com;<br>inelsa@inelsa.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $4,815,654.95 |
| 31 | MOTECH Industries Inc.<br>Attn: General Counsel<br>No. 2, Dashun 9th Rd<br>Xinshi District<br>Tainan City, 74145<br>Taiwan | MOTECH Industries Inc.<br>Attn: General Counsel<br>PHONE: 886-6-5050789<br>FAX:<br>EMAIL: info@motech.com.tw | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $3,809,702.04 |
| 32 | Pro Tech Energy Solutions LLC<br>Attn: General Counsel<br>215 Executive Drive<br>Moorestown, NJ 08057 | Pro Tech Energy Solutions LLC<br>Attn: General Counsel<br>PHONE: 856-437-6220<br>FAX: 856-437-6501<br>EMAIL: info@protechenergysolutions.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $3,682,876.76 |
| 33 | ZHONGHUAN HONG KONG HOLDING LIMITED<br>Attn: General Counsel<br>No. 12 East Haitai Road<br>Huayuan Industrial Park<br>Hi-tech Industrial Zone<br>Tianjin,<br>China | ZHONGHUAN HONG KONG HOLDING LIMITED<br>Attn: General Counsel<br>PHONE: 86-022-23789766<br>FAX:<br>EMAIL: tjsc@tjsemi.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $3,276,644.00 |
| 34 | Ameresco Inc<br>Attn: Dominic Palma<br>111 Speen St, Ste 410<br>Framingham, MA 01701-2000 | Ameresco Inc<br>Attn: Dominic Palma<br>PHONE: 508-661-2200<br>FAX: 508-661-2201<br>EMAIL: dpalma@ameresco.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $3,001,259.97 |
| 35 | Dashiell Corporation<br>Todd Clark<br>12301 Kurland Dr Fourth Floor<br>Houston, TX 77034-4812 | Dashiell Corporation<br>Todd Clark<br>PHONE: 817-358-0270<br>FAX: 713-558-6600<br>EMAIL: todd.clark@dashiell.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $2,750,672.10 |

Debtor _____    Case number (if known) _____
       Name

| # | Creditor | Contact | Nature | Status | | | Amount |
|---|---|---|---|---|---|---|---|
| 36 | Ernst & Young, LLP<br>Attn: General Counsel<br>One Commerce Square<br>2005 Market Street Ste 700<br>Philadelphia, PA 19103 | Ernst & Young, LLP<br>Attn: General Counsel<br>PHONE: 215-448-5000<br>FAX: 215-448-4069<br>EMAIL: | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $2,724,829.66 |
| 37 | TSMC Solar North America, Inc.<br>Attn: General Counsel<br>2595 Junction Ave., Suite 202<br>San Jose, CA 95134 | TSMC Solar North America, Inc.<br>Attn: General Counsel<br>PHONE: 408-678-2816<br>FAX: 408-678-2800<br>EMAIL: solarna@tsmc.com | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $2,658,182.80 |
| 38 | Borrego Solar System, Inc.<br>Attn: General Counsel<br>5005 Texas Street, Suite 400<br>San Diego, CA 92108 | Borrego Solar System, Inc.<br>Attn: General Counsel<br>PHONE: 888-898-6273<br>FAX: 888-898-6778<br>EMAIL: | Trade | Contingent,<br>Unliquidated,<br>Disputed | | | $2,534,630.10 |
| 39 | Appaloosa Investment Limited Partnership I<br>Attn: David J. Margules and Elizabeth A. Sloan<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034 | Appaloosa Investment Limited Partnership I<br>Attn: David J. Margules and Elizabeth A. Sloan<br>PHONE: 302-252-4466<br>FAX: 302-252-4432<br>EMAIL: margulesd@ballardspahr.com;<br>sloane@ballardspahr.com | Litigation | Contingent,<br>Unliquidated,<br>Disputed | | | Undetermined |
| 40 | Vivint Solar, Inc.<br>Attn: William B. Chandler, III; Bradley D. Sorrels<br>222 Delaware Avenue Ste 800<br>Wilmington, DE 19801 | Vivint Solar, Inc.<br>Attn: William B. Chandler, III; Bradley D. Sorrels<br>PHONE: 302-304-7600<br>FAX: 866-974-7329<br>EMAIL: wchandler@wsgr.com;<br>bsorrels@wsgr.com;<br>sgerman@wsgr.com; iliston@wsgr.com | Litigation | Contingent,<br>Unliquidated,<br>Disputed | | | Undetermined |

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____  District of _____
                                                                                           (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____         ✗ _____
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      _____
                                      Printed name

                                      _____
                                      Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## SUNEDISON PRODUCTS SINGAPORE PTE. LTD.
*(Singapore UEN No. 200614794D)*

### DIRECTORS' RESOLUTION IN WRITING OF SUNEDISON PRODUCTS SINGAPORE PTE. LTD. (THE "COMPANY") PURSUANT TO ARTICLE 115 OF THE COMPANY'S ARTICLES OF ASSOCIATION

**IT IS NOTED THAT:**

SunEdison International Inc. intends to file a voluntary petition under Chapter 11 of the United States Code to restructure the business of SunEdison International Inc. and its subsidiaries. The Company is a subsidiary of SunEdison International Inc.

The following Directors' Resolution as recorded below shall hereby be resolved and passed.

**RESOLVED THAT:**

(1) The Company shall be included as a debtor in the petition filed by SunEdison International Inc. under Chapter 11 of the United States Code.

(2) Any Director of the Company be and is hereby authorised for and on behalf of the Company, to do all such acts and things and to sign or execute any document which he may deem necessary or expedient in connection with the petition filed by SunEdison International Inc. under Chapter 11 of the United States Code.

Dated this 2nd day of APRIL 2016

[Signatory's name] PUNEET GUPTA
(Identification No. S7263179Z )

[Signatory's name] LIONG HANG CEK
(Identification No. S7476509B)

[Signatory's name] Nhajanan
(Identification No. G5096457K)

[Signatory's name]
(Identification No. _____)

1300209.01-LONSR01A - MSW