**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC.,** | **Case No. 16-10992 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON DG, LLC,** | **Case No. 16-10991 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNE WIND HOLDINGS, INC.,** | **Case No. 16-11010 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNE HAWAII SOLAR HOLDINGS, LLC,** | **Case No. 16-11011 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FIRST WIND SOLAR PORTFOLIO, LLC,** | **Case No. 16-11012 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **FIRST WIND CALIFORNIA HOLDINGS, LLC,** | : | **Case No. 16-11013 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SUNEDISON HOLDINGS CORPORATION,** | : | **Case No. 16-10993 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SUNEDISON UTILITY HOLDINGS, INC.,** | : | **Case No. 16-10994 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SUNEDISON INTERNATIONAL, INC.,** | : | **Case No. 16-10995 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SUNE ML 1, LLC,** | : | **Case No. 16-10996 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **MEMC PASADENA, INC.,** | : | **Case No. 16-10997 (SMB)** |
| Debtor. | : | **(Joint Administration Pending)** |

2

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SOLAICX,** | Case No. 16-10998 (SMB) |
| Debtor. | (Joint Administration Pending) |
| **In re:** | Chapter 11 |
| **SUNEDISON CONTRACTING, LLC,** | Case No. 16-10999 (SMB) |
| Debtor. | (Joint Administration Pending) |
| **In re:** | Chapter 11 |
| **NVT, LLC,** | Case No. 16-11000 (SMB) |
| Debtor. | (Joint Administration Pending) |
| **In re:** | Chapter 11 |
| **NVT LICENSES, LLC,** | Case No. 16-11001 (SMB) |
| Debtor. | (Joint Administration Pending) |
| **In re:** | Chapter 11 |
| **TEAM-SOLAR, INC.,** | Case No. 16-11002 (SMB) |
| Debtor. | (Joint Administration Pending) |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON CANADA, LLC,** | **Case No. 16-11003 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **ENFLEX CORPORATION,** | **Case No. 16-11005 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **FOTOWATIO RENEWABLE VENTURES, INC.,** | **Case No. 16-11006 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **SILVER RIDGE POWER HOLDINGS, LLC,** | **Case No. 16-11007 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **SUNEDISON INTERNATIONAL, LLC,** | **Case No. 16-11008 (SMB)** |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUN EDISON LLC,** | Case No. 16-11009 (SMB) |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON PRODUCTS SINGAPORE PTE. LTD.,** | Case No. 16-11014 (SMB) |
| | **(Joint Administration Pending)** |
| Debtor. | |

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON RESIDENTIAL SERVICES, LLC,** | Case No. 16-11017 (SMB) |
| | **(Joint Administration Pending)** |
| Debtor. | |

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PVT SOLAR, INC.,** | Case No. 16-11016 (SMB) |
| Debtor. | **(Joint Administration Pending)** |

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEV MERGER SUB INC.,** | Case No. 16-11015 (SMB) |
| Debtor. | **(Joint Administration Pending)** |

**ORDER GRANTING DEBTORS' MOTION FOR ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND (II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULE 2002(n)**

Upon the motion (the "<u>Motion</u>")[1] of the Debtors for entry of an order (the "<u>Order</u>") under section 342(c)(1) of title 11 of the United States Code ("the "<u>Bankruptcy Code</u>"), and Rules 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), (i) providing for the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) waiving the requirements that the captions in the Chapter 11 Cases contain certain identifying information with respect to each Debtor; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED solely to the extent set forth herein.

2. Each of the Chapter 11 Cases is consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

4. The caption of the jointly administered Chapter 11 Cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the First Day Declaration.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SUNEDISON, INC.,** *et al.*, | : | **Case No. 16-10992 (SMB)** |
| | : | |
| Debtors.[2] | : | **Jointly Administered** |
| | : | |

5. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of SunEdison, Inc., Case No. 16-10992 (SMB).

6. Docket entries shall be made on the docket of each of the Chapter 11 Cases (except that of SunEdison, Inc.), substantially as follows:

> "An order has been entered in this case consolidating this case with the case of SunEdison, Inc., *et al.*, Case No. 16-10992 (SMB) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-10992 (SMB) should be consulted for all matters affecting the above listed case."

7. The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in the Chapter 11 Cases include the Debtors' tax identification numbers and other identifying information about the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

7

Debtors are hereby waived.  The Debtors shall include in all pleadings filed and each notice mailed by the Debtors a footnote listing all of the Debtors, the last four digits of their tax identification numbers, and the address of their corporate headquarters.

8. This Order shall apply to any future filing of any affiliate of the Debtors, provided however, the Debtors shall file notice with the Court identifying the cases of such affiliates and stating that this Order shall apply to such cases.

9. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

10. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      April 25th, 2016

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

1301234-NYCSR03A - MSW