**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **SUNEDISON, INC.,** *et al.,* | : **Case No. 16-10992 (SMB)** |
| | : |
| **Debtors.[1]** | : **Jointly Administered** |
| | : |

**STATEMENT OF FINANCIAL AFFAIRS FOR**

**SUNEDISON PRODUCTS SINGAPORE PTE. LTD. (CASE NO. 16-11014)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); SunEdison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A) . The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SUNEDISON, INC., *et al.*, | : | Case No. 16-10992 (SMB) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On April 21, 2016 (the "**Initial Petition Date**")[1], SunEdison, Inc., ("**SUNE**") and various affiliated entities (each a "**Debtor**" and, collectively, the "**Initial Debtors**")[2] commenced voluntary cases under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  On June 1, 2016 (together with the Initial Petition Date, the "**Petition Dates**"), an additional six affiliated entities[3] filed voluntary petitions for relief under the Bankruptcy Code (collectively with the Initial Debtors, the **"Debtors"**).

---

[1]  Capitalized terms not otherwise defined herein shall have the meaning set forth in the *Declaration of Patrick M. Cook, Vice President – Capital Markets and Corporate Finance of SunEdison, Inc., and its affiliated Debtors, In Support of Chapter 11 Petitions and First Day Pleadings*, [Docket No. 4, Case No. 16-10992 (SMB)].

[2]  The Initial Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SunEdison, Inc. (5767);  SunEdison DG, LLC (N/A);  SUNE Wind Holdings, Inc. (2144);  SUNE Hawaii Solar Holdings, LLC (0994);  First Wind Solar Portfolio, LLC (5014);  First Wind California Holdings, LLC (7697);  SunEdison Holdings Corporation (8669);  SunEdison Utility Holdings, Inc. (6443);  SunEdison International, Inc. (4551);  SUNE ML 1, LLC (3132);  MEMC Pasadena, Inc. (5238);  Solaicx (1969);  SunEdison Contracting, LLC (3819);  NVT, LLC (5370);  NVT Licenses, LLC (5445);  Team-Solar, Inc. (7782);  SunEdison Canada, LLC (6287);  Enflex Corporation (5515);  Fotowatio Renewable Ventures, Inc. (1788);  Silver Ridge Power Holdings, LLC (5886);  SunEdison International, LLC (1567);  Sun Edison LLC (1450);  SunEdison Products Singapore Pte. Ltd. (7373);  SunEdison Residential Services, LLC (5787);  PVT Solar, Inc. (3308);  and SEV Merger Sub Inc. (N/A).

[3]  The Debtors that filed voluntary chapter 11 petitions on June 1, 2016, along with the last four (4) digits of such Debtor's federal tax identification number, are:  Sunflower Renewable Holdings 1, LLC (6273);  Blue Sky West Capital, LLC (7962);  First Wind Oakfield Portfolio, LLC (3711);  First Wind Panhandle Holdings III, LLC (4238);  DSP Renewables, LLC (5513);  and Hancock Renewables Holdings, LLC (N/A).  The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' cases (collectively, the "**Chapter 11 Cases**") have been consolidated for procedural purposes only and are being jointly administered under case number 16-10992 (SMB).

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Schedules and Statements**") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors with unaudited information available as of the Petition Dates.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements and sub-Statements, exhibits and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements.  Disclosure of information in one Schedule, sub-Schedule, Statement, sub- Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors.**

<u>Reservation of Rights</u>.  The Debtors' Chapter 11 Cases are large and complex.  The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.  Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements correctly.  Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized or designated certain items.  In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute, or assert offsets, setoffs or defenses to any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent and/or unliquidated.

**Reporting Date**.  Each Debtor's fiscal year ends on December 31.  All asset and liability information, except where otherwise noted, is provided as of the Petition Dates.

**Basis of Presentation**.  SUNE has historically prepared quarterly and annual financial statements that were audited annually and included all of the Debtors, as well as the non-Debtor entities within the SUNE consolidated group.  The Schedules and Statements are unaudited.  Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by SUNE for public reporting purposes or otherwise.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with United States generally accepted accounting principles ("**GAAP**"), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.

**Currency**.  All amounts are reflected in U.S. dollars, unless otherwise indicated. Assets, liabilities and payments denominated in foreign currencies were translated into U.S. dollars at market exchange rates.

**Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates.

**Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

**Undetermined or Unknown Amounts**.  The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount.  Certain amounts may be clarified during the course of the Chapter 11 Cases and certain amounts may depend on contractual obligations to be assumed as part of a sale in a bankruptcy proceeding under section 363 of the Bankruptcy Code.

**Asset Presentation and Valuation**.  The Debtors' assets are presented at values consistent with their books and records.  Generally speaking, for assets that are valued at fair value or the lower of cost or fair value, the Debtors value these assets using modeling techniques customarily used in the industry and uses market based information to the extent possible in these valuations.  These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique. As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.

**Contingent Assets and Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) tax sharing agreements, (iv) warranties, (v) operational and servicing agreements, (vi) shared service agreements and (vii) other arrangements.

Additionally, prior to the Petition Dates, each Debtor may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses.  Refer to Statement Question No. 7 for each Debtor or corresponding attachment for a list of lawsuits commenced prior to the relevant Petition Dates in which the Debtor was a plaintiff, except as noted below.

**Pledged Assets**.  A significant amount of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors and are outside of the Debtors' control.  These assets include, among other things, cash, securities, inventories, equipment, equity interests in subsidiaries, and other related assets.

**Liabilities**.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

**Confidentiality**.  Addresses of current and former employees (including directors and officers) of the Debtors are generally not included in the Schedules and Statements. Notwithstanding, the Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

**Intercompany Transactions**.  Prior to the Petition Dates (and subsequent to the Petition Dates but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-Debtor subsidiaries and Affiliates (including, but not limited to, TerraForm Power, LLC, TerraForm Power, Inc., TerraForm Global, LLC and TerraForm Global, Inc.).  Prior to the Petition Dates, the Debtors' intercompany accounting was not always accurate and the Debtors and their professional advisors are continuing to work through the thousands of intercompany transactions among and between the Debtors and their non-Debtor subsidiaries and Affiliates post December 31, 2014.  Once this reconciliation is completed, the Debtors will promptly file a comprehensive schedule reflecting intercompany balances and claims for each Debtor as of the Petition Dates.  In addition, for Statement Questions 1 and 2, the Debtors have not included revenue on account of such intercompany activity for any period post December 31, 2014.

**Bankruptcy Court First-Day Orders**.  The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims, including but not limited to, payments relating to the Debtors' employee wages and compensation, benefits, reimbursable business expenses, certain taxes and insurance, as well as certain critical vendors and lien claimants.  Accordingly, the scheduled claims are intended to reflect sums due and owing before the Petition Dates for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy.  The estimate of claims set forth in the Schedules, however, may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Liens**.  The inclusion on Schedule D of creditors that have asserted liens against the Debtors is not an acknowledgement of the validity, extent or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.  Reference to the applicable agreements and other relevant

5

documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors.  It is not the Debtors' intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

**Leases**.  In the ordinary course of their businesses, the Debtors lease facilities from certain third- party lessors for use in their daily operations.  Any such leases are set forth in Schedule G.  The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors.  Neither is the property subject to any such leases reflected in the Statements as property or assets of third-parties within the control of a Debtor.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues.

**Setoff**.  Prior to the Petition Dates, and in the ordinary course of their businesses, the Debtors incurred setoffs in connection with, among other things, intercompany and third-party transactions.  Unless otherwise stated, certain setoffs that were incurred in the ordinary course or under customary practices are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules A/B, D or E/F.  Nonetheless, some amounts listed may have been affected by setoffs of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**Guarantees and Other Secondary Liability Claims**.  The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "**Guarantees**") in each of their executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees.  The Debtors have placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Such Guarantees were also placed on Schedule D or E/F for each guarantor, except to the extent that such Guarantee is associated with obligations under an executory contract or unexpired lease identified on Schedule G.  Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize or reclassify any such contract or claim.

**Insiders**.  For purposes of their responses to Statement Question Nos. 28 and 29, the Debtors have listed their respective officers and directors for each individual Debtor entity to the extent available based on current records.  For purposes of Statement Question No. 4, the Debtors have included the following as "insiders": (a) all members of the board of directors of SUNE;  (b) employees who hold the position of Executive Vice President or Senior Vice President or above;  and (c) certain Debtor affiliates of each Debtor (representing either the direct parent or direct subsidiary – to the extent such Affiliate is also a Debtor).  In the ordinary course of the Debtors' businesses, directors and officers of one Debtor may have been employed and paid by another Debtor or a non-Debtor Affiliate.  The Debtors have only scheduled payments to "insiders" that were paid or reimbursed by a specific Debtor while the "insider" was in the employ of such Debtor.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors;  (b) the management responsibilities or functions of such individual;  (c) the decision-making or corporate authority of such individual;  or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Signatory**.  The Schedules and Statements have been signed by <u>Patrick M. Cook</u>, in his capacity as Vice President – Capital Markets and Corporate Finance of SunEdison, Inc.  In reviewing and signing the Schedules and Statements, Mr. Cook has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals.  Mr. Cook has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

## Schedules of Assets and Liabilities

<u>Schedule A/B Notes</u>.

- <u>General</u>.  Each Debtor's assets in Schedule A/B are listed at net book value based on the Debtors' reasonable best efforts as of the Petition Dates unless otherwise noted and may not necessarily reflect the market or recoverable value of these assets as of the Petition Dates.  As of the date of these filings, the Debtors are still in the process of closing their books and records as of December 31, 2015 as well as the Petition Dates.  As such, the balances presented in Schedule A/B are subject to further revision and change

- <u>Deposits and Prepayments (AB6 thru AB9)</u>.  For several of the Debtors, deposits and prepaids are included in one trial balance amount and sufficient listing detail of each specific deposit and/or prepaid is not readily obtainable.  As such, certain

Debtors have presented the total value of deposits or prepayments as of the Petition Dates without this counterparty detail.

- Non-publicly traded stock (AB15). Ownership interests in subsidiaries and other Affiliates have been identified in AB15 in an undetermined amount because the fair market value of such ownership interest is dependent on numerous variables and factors that may cause their fair market value to differ materially from their net book value.

- Inventory Purchased within 20 days (AB 25/AB35). The Debtors purchased inventory and supplies on a regular basis, and the Debtors continued to make purchases within the 20 days prior to their respective Petition Dates. However, given the number of Debtors and the complexity of their businesses, it would be unduly burdensome to obtain and verify a list of all purchases made within 20 days of their respective Petition Dates. As such, the Debtors have not determined the value of inventory purchases within 20 days of the filing.

- Office Furniture, Fixtures and Equipment (AB38 thru AB45). In the Debtors' books and records, office equipment is included in one trial balance amount. As such, in certain instances, the Debtors have not specifically reported office equipment by office furniture, office fixtures, and office equipment.

- Business Licenses (AB62). The Debtors have listed all known business licenses for each Debtor. Any omissions were due to system limitations or inadvertent error. Under the Bankruptcy Code, any omitted business licenses are not impaired by omission. This Schedule may be amended at any time to add any omitted business licenses.

- Tax Refunds and Net Operating Losses (AB 72). Certain Debtors have accumulated significant net operating loss ("**NOLs**") carryforwards and other tax credit carryovers for United States federal and state income tax purposes. However, as of the Petition Dates, the estimated net book value of these NOLs is effectively zero due to the probability that these tax benefits will not be realized in the foreseeable future.

**Schedule D Notes**.

- Creditors' claims on Schedule D arose, or were incurred, on various dates. In certain instances, the date on which such claim arose is an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim scheduled on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or other entities.

- The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**<u>Schedule E/F Notes</u>**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Dates.

- The Debtors have listed all known taxing authorities for each Debtor. These tax claims are, or may in the future be subject to audits, and the Debtors are unable to determine with certainty the amount of the tax claims listed on Schedule E/F. Therefore, the Debtors have listed such claims as "Undetermined" in amount, pending final resolution of the ongoing audits or outstanding issues. In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

- The Bankruptcy Court has approved the payment of certain unsecured employee claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits including PTO. Due to confidentiality concerns, the Debtors have suppressed the addresses of the employee claimants listed on Schedule E/F. Additionally, due to system limitations and resource constraints within the Debtors' human resource functions, the Debtors are unable to accurately present accrued but unpaid remaining PTO as of the Petition Dates and have excluded such claims in the presentation of Schedule E/F. In general, all other employee claims for items that were not clearly authorized to be paid by the Bankruptcy Court have been included in the Schedules and Statements.

9

- The listing of any priority claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

- The Bankruptcy Court approved the payment of certain non-priority unsecured claims against the Debtors including, without limitation, claims of critical vendors and lien claimants. While the Debtors have made every effort to reflect the current obligations as of the Petition Dates on Schedule E/F, certain payments made, and certain invoices received, after the Petition Dates may not be accounted for in Schedule E/F.

- Schedule E/F also contains information regarding pending litigation involving the Debtors. However, certain omissions may have occurred. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

- Schedule E/F includes information regarding the Debtors' surety bond obligations. The Debtors' surety bond portfolio is comprised of third-party bonded obligations. Although these bonds are the primary obligations of non-debtor Affiliates, certain of the Debtors have provided indemnities to the surety companies. The claims listed on Schedule E/F includes information on the applicable Debtors and reflect indemnification claims related to the surety bond obligations of certain non-debtor Affiliates.

- Schedule E/F does not include certain deferred liabilities, accruals or general reserves. Such amounts are general estimates and do not represent specific claims as of the Petition Dates for each respective Debtor.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract or agreement.

- The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

- Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained.  In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**Schedule H Notes**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties.  Because all such claims are "contingent," "unliquidated" or "disputed," such claims have not been set forth individually on Schedule H.

## Statement of Financial Affairs

**Statement Questions 1 and 2 – Revenue**.  For purposes of these questions, the Debtors have not included revenue on account of intercompany activity among and between the Debtors for any period post December 31, 2014.  Refer to Global Note "Intercompany Transactions" for further detail.

**Statement Question 3 – 90 Day Payments.**  For the purpose of this question, all payments are listed on the Statement of the Debtor that actually made the payment.

**Statement Question 4 – Payments to Insiders.**  For the purpose of this question, all payments are listed on the Statement of the Debtor that actually made the payment. Refer to Global Note "Insiders" for further detail.

**Statement Question 7 – Legal Actions.**  The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

**Statement Question 11 – Payments Related to Bankruptcy.**  During the one year prior to the Petition Dates, the Debtors sought assistance from various professionals and have included all payments made to those professionals, including those services unrelated to the bankruptcy filing.  Due to timing and resource limitations, the Debtors are unable to effectively bifurcate payments solely related to debt restructuring and/or bankruptcy for the one year period prior to the Petition Dates.  As a result, the payments listed in response to this question may include payments not related to debt restructuring and/or bankruptcy for certain professionals listed.

**Statement Questions 22-24 – Environmental Information.**  The Debtors have historically operated in many locations across the United States and globally.  At some locations, the Debtors may no longer have active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable.  Some individuals who once possessed such information are no longer employed by the Debtors.  In light of the above, it may be possible that the Debtors did not identify and supply the requested information for every "site" and "proceeding" responsive to these Statement Questions.  The Debtors have devoted substantial efforts towards identifying and providing the requested information.  As such, the Debtors may supplement or amend this response in the future.

**Statement Question 25 – Businesses in Which the Debtors Have an Interest.** Given the complexities of the organizational structure of the Debtors, for purposes of Statement Question 25, the Debtors have listed only the direct subsidiaries of each Debtor entity.

**Statement Question 26d – Recipients of Financial Statements.**  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, SUNE and its subsidiaries file audited, consolidated financial statements with the SEC on an annual basis.  No audited financial statements have been completed and issued for the fiscal year ended 2015 nor for any interim period thereafter.  Because the SEC filings are of public record, SUNE does not maintain records of parties that request or obtain copies of any of the SEC filings from the SEC or SUNE.  In addition, SUNE and its subsidiaries provide certain parties, such as lenders, auditors, potential investors, vendors, and its financial and legal advisors, with financial statements that may not be a part of a public filing.  SUNE does not maintain or track such disclosures.

**<u>Statement Question 27 – Inventories</u>.**  The Debtors' policy concerning the counts of inventory and its related components does not include counts of the entire inventory balance.  Instead, cycle counts of portions of inventory are conducted on a periodic basis which varies by each respective Debtor entity.  As such, this question reflects details from those cycle counts.

**<u>Statement Question 28 and 29 – Current and Former Officer and Directors</u>.**  The Debtors have made reasonable best efforts to list the known current and former officers and directors for each Debtor entity based on a review of existing books and records and other available information which may not be complete and updated as of the Petition Dates.  As such, there may be inadvertent errors or omissions for Statement Questions 28 and 29 due to these limitations.  See Global Note "Insiders" for further detail.

**<u>Statement Question 30 – Payments, Distributions or Withdrawals to Insiders</u>.** Refer to Statement Question 4 for this item.

**Fill in this information to identify the case:**

Debtor name   **SunEdison Products Singapore PTE. Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **16-11014**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **Photovoltaic Sales** | **$50,401,318.51** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Photovoltaic Sales** | **$243,342,240.53** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   **Photovoltaic Sales** | **$1,105,183,792.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | **Tax Refund / Credits** | **$71,917.56** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | **Tax Refund / Credits** | **$1,237,769.41** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | **Tax Refund / Credits** | **$13,495.87** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | SunEdison Products Singapore PTE. Ltd. | Case number *(if known)* **16-11014** |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See SOFA Part 2, Question 3 Attachment** | | **$326,380,570.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See SOFA Part 2, Question 4 Attachment** | | **$90,722,922.02** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See SOFA Part 3, Question 7 Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **SunEdison Products Singapore PTE. Ltd.** | Case number *(if known)* | **16-11014** |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Grid Alternatives**<br>**1171 Ocean Avenue**<br>**Emeryville, CA 94608** | **Modules** | **9/19/2015** | **$1,293,212.00** |
| | **Recipients relationship to debtor**<br>**Unrelated third party** | | | |
| 9.2. | **Grid Alternatives**<br>**1171 Ocean Avenue**<br>**Emeryville, CA 94608** | **Modules** | **5/28/2015** | **$1,270,256.00** |
| | **Recipients relationship to debtor**<br>**Unrelated third party** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **SunEdison Products Singapore PTE. Ltd.**    Case number *(if known)* **16-11014**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See SOFA Part 6, Question 11 Attachment | | | |
| | | | | $8,664,787.30 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See SOFA Part 6, Question 13 Attachment | | | |
| | | | | $122,424,863.00 |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Warehouse, 9 Battery Road #15-01 Straits Trading Building Singapore 049910 Singapore** | **05/2013 - Present** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **SunEdison Products Singapore PTE. Ltd.**                    Case number *(if known)*  **16-11014**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| See SOFA Part 10, Question 20 Attachment | | | ☐ No<br>☑ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | SunEdison Products Singapore PTE. Ltd. | Case number *(if known)* | 16-11014 |
|---|---|---|---|

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.    **See SOFA Part 13, Question 25** | | **EIN:** <br><br> **From-To** |

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Brian Wuebbels, CFO** <br> **13736 Riverport Drive** <br> **Maryland Heights, MO 63043** | **5/2012 - 4/2016** |

Debtor   **SunEdison Products Singapore PTE. Ltd.**                    Case number *(if known)*   **16-11014**

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Manavendra Sial, Deputy CFO**<br>**13736 Riverport Drive**<br>**Maryland Heights, MO 63043** | **12/2014 - 11/2015 No predecessor in this position prior to Manavendra Sial. Also, this position has not been filled subsequent to Manavendra Sial's departure.** |
| 26a.3.    **Mark Schumacher, Corporate Controller**<br>**13736 Riverport Drive**<br>**Maryland Heights, MO 63043** | **7/2014 - 4/2016** |
| 26a.4.    **Tom Gajeski, Corporate Controller**<br>**13736 Riverport Drive**<br>**Maryland Heights, MO 63043** | **4/2014 - 6/2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **KPMG LLP**<br>**10 S Broadway #900**<br>**St. Louis, MO 63102** | **All prior periods preceding commencement of this case** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Brian Wuebbels, CFO**<br>**13736 Riverport Drive**<br>**Maryland Heights, MO 63043** | |
| 26c.2.    **Mark Schumacher, Corporate Controller**<br>**13736 Riverport Drive**<br>**Maryland Heights, MO 63043** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Debtor | SunEdison Products Singapore PTE. Ltd. | Case number *(if known)* | 16-11014 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Dan Peh | 12/31/2015 | 200,100,000.00 |
| | Name and address of the person who has possession of inventory records | | |
| | Linda Leal<br>600 Clipper Dr<br>Belmont, CA 94002 | | |
| 27.2. | Dan Peh | 3/31/2016 | 37,700,000.00 |
| | Name and address of the person who has possession of inventory records | | |
| | Linda Leal<br>600 Clipper Dr<br>Belmont, CA 94002 | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See SOFA Part 13, Question 28 Attachment | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See SOFA Part 13, Question 29 Attachment | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Please refer to SOFA Part 2, Question 4 | | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **SunEdison Products Singapore PTE. Ltd.**          Case number *(if known)*  **16-11014**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **SunEdison Inc.** | EIN:    **56-1505767** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 20, 2016**

**/s/ Patrick M. Cook**                    **Patrick M. Cook**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice-President – Capital Markets and Corporate Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8Me SPV | 5455 Wilshire Boulevard Suite 2010 | | | | Los Angeles | CA | 90036 | | Trade | 4/5/2016 | $431,341.19 |
| American Express Company | Av. Patriotismo 635 | Col. Cd de los Deportes, Del. Benito Juárez | | | México | DF | 03710 | Mexico | Trade | 4/11/2016 | $55,886.87 |
| American Express Company | Av. Patriotismo 635 | Col. Cd de los Deportes, Del. Benito Juárez | | | México | DF | 03710 | Mexico | Trade | 3/1/2016 | $48,633.02 |
| American Express Company | Av. Patriotismo 635 | Col. Cd de los Deportes, Del. Benito Juárez | | | México | DF | 03710 | Mexico | Trade | 1/27/2016 | $29,372.98 |
| Aon Risk Services, Inc | Attn: President or General Counsel | 8182 Maryland Avenue | Ste 1500 | | St. Louis | MO | 63105 | | Trade (Line of Credit) | 1/22/2016 | $427,000.00 |
| Apple Ridge Funding LLC (Cartus Corp) | P.O. Box 360287 | | | | Pittsburgh | PA | 15250 | | Trade (Line of Credit) | 2/10/2016 | $925,774.02 |
| Applus (Shanghai) Quality | No. 3999, Xiu Pu Road, | Pudong District | | | Shanghai | 20 | 201315 | China | Trade | 2/11/2016 | $10,354.89 |
| Applus (Shanghai) Quality | No. 3999, Xiu Pu Road, | Pudong District | | | Shanghai | 20 | 201315 | China | Trade | 2/2/2016 | $9,196.00 |
| Canada Revenue Agency | 555 MacKenzie Avenue | 7th Floor | Attn: Mr. John Ossowski | | Ottawa | ON | K1A 0L5 | Canada | Trade | 1/28/2016 | $6,281.70 |
| CCIC-CSA International Certification Co. L | Floor 1,Building 4,889 Yishan Road | | | | Shanghai | 20 | 200233 | China | Trade | 2/17/2016 | $9,000.00 |
| Chembrough Group, L.P | 2213 West Lonesome Dove | | | | Deer Park | TX | 77536 | | Trade (Line of Credit) | 4/5/2016 | $9,156.89 |
| Chint Solar (Hk) Co Ltd | 1335 Bin'An Road, Binjiang District | | | | Hangzhou | | 310053 | China | Trade (Line of Credit) | 4/5/2016 | $28,655,567.44 |
| Cognizant Technology Solutions | 211 Quality Cirlce | | | | College Station | TX | 77845-4470 | | Trade (Line of Credit) | 2/11/2016 | $500,950.00 |
| Comptroller Of Income Tax | 55 Newton Road | | | | Singapore | SG | 307987 | Singapore | Intercompany | 3/31/2016 | $4,961.46 |
| Comptroller Of Income Tax | 55 Newton Road | | | | Singapore | SG | 307987 | Singapore | Trade | 3/31/2016 | $4,961.46 |
| Comptroller Of Income Tax | 55 Newton Road | | | | Singapore | SG | 307987 | Singapore | Trade | 3/3/2016 | $1,639.62 |
| Cwl Crane Worldwide Transportation | Ste 13.03A 13th Fl Menara Summit, P | Subang Jaya | | | Selangor | | 47600 | Singapore | Trade | 4/6/2016 | $246,101.94 |
| Cwl Crane Worldwide Transportation | Ste 13.03A 13th Fl Menara Summit, P | Subang Jaya | | | Selangor | | 47600 | Singapore | Trade | 3/4/2016 | $119,233.13 |
| East Asia Institute Of Management Pte Lt | 9 AH Hood Road | | | | Singapore | SG | 329975 | Singapore | Trade | 3/2/2016 | $10,227.25 |
| ECKA Granules of America LLC | 500 Prosperity Drive | | | | Orangeburg | SC | 29115 | | Trade (Line of Credit) | 4/5/2016 | $294,894.16 |
| Ernest & Young LLP | 3712 Solutions Center | | | | Chicago | IL | 60677-3007 | | Trade | 3/1/2016 | $15,145.35 |
| Ernest & Young LLP | 3712 Solutions Center | | | | Chicago | IL | 60677-3007 | | Trade | 2/23/2016 | $7,417.33 |
| Ernest & Young LLP | 3712 Solutions Center | | | | Chicago | IL | 60677-3007 | | Trade (Line of Credit) | 1/27/2016 | $718,821.00 |
| Expeditors Canada Inc | 55 Standish Court 11th Flr | | | | Mississauga | | | Canada | Trade | 3/14/2016 | $2,104.47 |
| Expeditors Canada Inc | 55 Standish Court 11th Flr | | | | Mississauga | | | Canada | Trade | 3/11/2016 | $1,821.53 |
| Expeditors Canada Inc | 55 Standish Court 11th Flr | | | | Mississauga | | | Canada | Trade | 2/19/2016 | $5,599.68 |
| Expeditors International Inc | 610 Lambert Pointe Dr | | | | Hazelwood | MO | 63042 | | Trade | 3/14/2016 | $132,935.67 |
| Expeditors International Inc | 610 Lambert Pointe Dr | | | | Hazelwood | MO | 63042 | | Trade | 3/11/2016 | $1,391,179.87 |
| Expeditors International Inc | 610 Lambert Pointe Dr | | | | Hazelwood | MO | 63042 | | Trade | 3/1/2016 | $244,083.03 |
| Expeditors International Inc | 610 Lambert Pointe Dr | | | | Hazelwood | MO | 63042 | | Trade | 2/19/2016 | $3,299,222.61 |
| Expeditors International Inc | 610 Lambert Pointe Dr | | | | Hazelwood | MO | 63042 | | Trade | 2/19/2016 | $2,780.00 |
| Flex International Asia Pacific | c/o Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. | & Cindi M. Giglio, Esq. | 101 Park Avenue | New York | NY | 10178-0061 | | Trade (Line of Credit) | 4/5/2016 | $19,620,409.08 |
| Flex International Asia Pacific | c/o Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. | & Cindi M. Giglio, Esq. | 101 Park Avenue | New York | NY | 10178-0061 | | Trade (Line of Credit) | 4/5/2016 | $11,108,116.91 |
| Flex Intl Europe B.V. | c/o Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. | & Cindi M. Giglio, Esq. | 101 Park Avenue | New York | NY | 10178-0061 | | Trade (Line of Credit) | 4/5/2016 | $12,270,466.06 |
| Flex Intl Europe B.V. | c/o Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. | & Cindi M. Giglio, Esq. | 101 Park Avenue | New York | NY | 10178-0061 | | Trade (Line of Credit) | 4/5/2016 | $5,165,408.58 |
| Flex Intl Europe B.V. | c/o Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. | & Cindi M. Giglio, Esq. | 101 Park Avenue | New York | NY | 10178-0061 | | Trade (Line of Credit) | 4/5/2016 | $1,977,981.66 |

In re SunEdison Products Singapore Pte Ltd
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| General Electric | 2455 Cassens Dr | | | | Fenton | MO | 63026 | | Trade (Line of Credit) | 4/5/2016 | $4,791,003.85 |
| Hackett Group | 1001 Brickell Bay Drive Suite 3000 | | | | Miami | FL | 33131 | | Trade (Line of Credit) | 4/5/2016 | $393,816.68 |
| Inland Revenue Authority of Singapore | 55 Newton Road, | | | | Revenue House | | 307987 | Singapore | Trade | 4/6/2016 | $7,400.85 |
| Inland Revenue Authority of Singapore | 55 Newton Road, | | | | Revenue House | | 307987 | Singapore | Trade | 3/7/2016 | $7,378.59 |
| Inland Revenue Authority of Singapore | 55 Newton Road, | | | | Revenue House | | 307987 | Singapore | Trade | 2/10/2016 | $7,192.66 |
| Jabil Assembly Poland Sp. Z.O.O | UL. Lotnicza 2 | | | | Kwidzyn | PL | 82-500 | Poland | Trade | 2/11/2016 | $11,200.00 |
| Jiang Yin Free Newenergy Electric Power | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Employee Reimbursement | 2/11/2016 | $9,715.20 |
| Jiang Yin Free Newenergy Electric Power | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Employee Reimbursement | 2/2/2016 | $9,450.72 |
| Jiang Yin Free Newenergy Electric Power | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Employee Reimbursement | 1/27/2016 | $1,386.30 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 3/23/2016 | $2,925,241.20 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 3/23/2016 | $2,134,062.20 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 3/2/2016 | $4,379,071.20 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 2/19/2016 | $4,466,977.20 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 2/2/2016 | $3,840,816.00 |
| Jinneng Clean Energy Technology Ltd | Attn: President or General Counsel | No. 1 | | | Lvliang City | | 032100 | China | Trade | 1/27/2016 | $231,504.00 |
| Kekst And Company Incorporated | 437 Madison Avenue | 37th Floor | | | New York | NY | 10022-7016 | | Trade | 4/4/2016 | $100,020.00 |
| Kirkland & Ellis LLP | Attn: Attorney Handling SunEdison matters | 601 Lexington Avenue | | | New York | NY | 10022 | | Trade (Line of Credit) | 1/22/2016 | $2,159,021.10 |
| Koh Boon Hock | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Employee Reimbursement | 2/23/2016 | $19,609.94 |
| Koh Boon Hock | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Employee Reimbursement | 2/11/2016 | $17,690.16 |
| M.A. Mortenson Company | 700 Meadow Ln N | | | | Minneapolis | MN | 55422-4817 | | Trade (Line of Credit) | 1/27/2016 | $5,500,000.00 |
| M.A. Mortenson Company | 700 Meadow Ln N | | | | Minneapolis | MN | 55422-4817 | | Trade (Line of Credit) | 1/22/2016 | $616,317.57 |
| Mckinsey & Company Inc. | PO BOX 7247-7255 | | | | Philadelphia | PA | 17170 | | Trade (Line of Credit) | 4/5/2016 | $1,810,458.12 |
| Mckinsey & Company Inc. | PO BOX 7247-7255 | | | | Philadelphia | PA | 17170 | | Trade (Line of Credit) | 4/5/2016 | $402,308.08 |
| Mckinsey & Company Inc. | PO BOX 7247-7255 | | | | Philadelphia | PA | 17170 | | Trade (Line of Credit) | 2/12/2016 | $2,000,000.00 |
| Mckinsey & Company Inc. | PO BOX 7247-7255 | | | | Philadelphia | PA | 17170 | | Trade (Line of Credit) | 1/22/2016 | $1,628,000.00 |
| Mckinsey Recovery & Transformation Ser | 55 E 52nd St | | | | New York | NY | 10022 | | Trade (Line of Credit) | 2/16/2016 | $665,000.00 |
| Memc Enterprise Consulting Shanghai Co | Huang Pu District, | | | | Shanghai | 20 | 200021 | China | Trade | 3/18/2016 | $214,701.60 |
| Memc Enterprise Consulting Shanghai Co | Huang Pu District, | | | | Shanghai | 20 | 200021 | China | Trade | 2/17/2016 | $222,851.15 |
| Mssa | 8640 Guilford Rd Ste 213 | | | | Columbia | MD | 21046 | | Trade (Line of Credit) | 4/5/2016 | $313,428.84 |
| My Le | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Trade (Line of Credit) | 4/5/2016 | $6,734.64 |
| Nagase America Corporation, California B | 2880 Lakeside Drive Suite 320 | | | | Santa Clara | CA | 95054 | | Trade | 2/17/2016 | $12,511.20 |
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 3/31/2016 | $62,238.07 |
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 3/31/2016 | $62,235.84 |
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 3/22/2016 | $580,043.20 |

SunEdison, Inc. Case No. 16-11014 (SMB)

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 3/22/2016 | $8,697.68 |
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 3/22/2016 | $1,746.47 |
| Nice Payroll Pte Ltd | 02-01 One Fullerton | | | | Singapore | SG | 049213 | Singapore | Trade | 2/18/2016 | $411,045.91 |
| Nova Partners Group Inc | 1090 Water View Lane | | | | Suwanee | GA | 30024 | | Trade (Line of Credit) | 2/5/2016 | $117,488.98 |
| Orrick, Herrington & Sutcliffe LLP | Attn: Attorney Handling SunEdison matters | 51 West 52nd Street | | | New York | NY | 10019-6142 | | Trade (Line of Credit) | 1/26/2016 | $2,099,790.65 |
| Orrick, Herrington & Sutcliffe LLP | Attn: Attorney Handling SunEdison matters | 51 West 52nd Street | | | New York | NY | 10019-6142 | | Trade (Line of Credit) | 1/22/2016 | $185,940.14 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade | 4/4/2016 | $67,496.90 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade | 3/23/2016 | $18,643.89 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 3/4/2016 | $90,000.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 3/4/2016 | $761,271.60 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 3/4/2016 | $90,000.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 3/4/2016 | $36,589.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 3/4/2016 | $22,500.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade | 2/23/2016 | $18,163.62 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 2/11/2016 | $1,000,000.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 2/11/2016 | $40,023.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 2/4/2016 | $897,894.35 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade (Line of Credit) | 2/4/2016 | $90,000.00 |
| PricewaterhouseCoopers LLP | PO Box 75647 | | | | Chicago | IL | 60675-5647 | | Trade | 1/28/2016 | $25,461.91 |
| PricewaterhouseCoopers Pvt Ltd | 7th Floor, Building No.8, Tower-C | DLF Cyber City | | | Gurgaon | Haryana | 122002 | India | Trade | 4/5/2016 | $37,756.83 |
| Protiviti | 1401 S Brentwood Blvd Ste 715 | | | | Saint Louis | MO | 63144 | | Trade (Line of Credit) | 1/22/2016 | $2,207,563.28 |
| Reed & Reed | P.O. Box 370 | | | | Woolwich | ME | 04579 | | Trade (Line of Credit) | 4/5/2016 | $3,788,331.53 |
| Reed & Reed | P.O. Box 370 | | | | Woolwich | ME | 04579 | | Trade (Line of Credit) | 4/5/2016 | $1,327,573.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 3/22/2016 | $9,150.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 3/15/2016 | $11,175.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 3/8/2016 | $9,700.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 3/1/2016 | $13,600.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 2/23/2016 | $11,410.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 2/17/2016 | $7,055.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 2/11/2016 | $11,160.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 2/2/2016 | $16,500.00 |
| Renewable Energy Test Center | Attn: President or General Counsel | 46457 Landing Parkway | | | Fremont | CA | 94538 | | Trade | 1/27/2016 | $15,720.00 |
| Retc, LLC | 46457 Landing Parkway | | | | Fremont | CA | 94538 | | Trade | 1/27/2016 | $7,550.00 |
| Seyfarth Shaw LLP | Attn: Attorney Handling SunEdison matters | 620 8th Ave #33 | | | New York | NY | 10018 | | Trade (Line of Credit) | 1/27/2016 | $674,138.05 |
| Shanghai Ja | E6 E8 Plot Minhang Export Processin | | | | Fengxian | | 201401 | China | Trade (Line of Credit) | 4/5/2016 | $1,285,536.86 |

In re: Sunedison Products Singapore Pte. Ltd.

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shinsung | 8 Daewangpangyo-ro 395 | | | | Bundang-Gu Seongnam-si Gyeonggi, 463-420 | | | South Korea | Trade (Line of Credit) | 4/5/2016 | $6,068,600.47 |
| Shinsung | 8 Daewangpangyo-ro 395 | | | | Bundang-Gu Seongnam-si Gyeonggi, 463-420 | | | South Korea | Trade (Line of Credit) | 4/5/2016 | $1,731,523.88 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $867,993.84 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $687,432.96 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $687,432.96 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $687,432.96 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $687,432.96 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $520,796.30 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $479,873.76 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $462,930.05 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $238,688.53 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $133,506.35 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $15,799.78 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $6,209.91 |
| Shinsung Solar Energy Co.Ltd., | 8 Daewangpangyo.Ro 395 Bundanggu | | | | Seongnam SI | KR | 463420 | South Korea | Trade (Line of Credit) | 1/22/2016 | $1,198.56 |
| SMP Ltd. (Joint Venture) | 18 Yeocheon-RO 217Beon-Gil Namgu | | | | Ulsan | KR | 680-090 | South Korea | Trade (Line of Credit) | 4/5/2016 | $21,031,376.44 |
| SMP Ltd. (Joint Venture) | 18 Yeocheon-RO 217Beon-Gil Namgu | | | | Ulsan | KR | 680-090 | South Korea | Trade (Line of Credit) | 4/5/2016 | $3,284,712.29 |
| SMP Ltd. (Joint Venture) | 18 Yeocheon-RO 217Beon-Gil Namgu | | | | Ulsan | KR | 680-090 | South Korea | Intercompany | 3/28/2016 | $629,961.00 |
| SMP Ltd. (Joint Venture) | 18 Yeocheon-RO 217Beon-Gil Namgu | | | | Ulsan | KR | 680-090 | South Korea | Trade | 2/11/2016 | $20,700,020.00 |
| SMP Ltd. (Joint Venture) | 18 Yeocheon-RO 217Beon-Gil Namgu | | | | Ulsan | KR | 680-090 | South Korea | Trade | 2/4/2016 | $2,240,044.14 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $16,553.39 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $3,294.41 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $1,684.10 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $666.77 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $525.36 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 4/11/2016 | $50.87 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $10,220.22 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $3,571.45 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $1,940.60 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $1,333.76 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $830.54 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 3/8/2016 | $49.74 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $17,634.30 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $4,904.28 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $1,756.78 |

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $901.13 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $747.97 |
| Starhub Ltd | 67 Ubi Avene 1, #05-01 StarHub Gree | | | | Singapore | | | Singapore | Trade | 1/27/2016 | $48.11 |
| Sune Solar B.V. Netherlands | Jan van Goyenkade 8 | | | | Amsterdam | | 1075 HP | Netherlands | Intercompany | 3/29/2016 | $6,740,020.00 |
| Sune Solar B.V. Netherlands | Jan van Goyenkade 8 | | | | Amsterdam | | 1075 HP | Netherlands | Intercompany | 3/4/2016 | $7,000,020.00 |
| Sunedison Energy Holding , (Singapore) P | 8 Cross Street, #11-00 PWC Bldg | | | | Singapore | SG | 048424 | Singapore | Intercompany | 4/6/2016 | $146,000.00 |
| Sunedison Energy Holding , (Singapore) P | 8 Cross Street, #11-00 PWC Bldg | | | | Singapore | SG | 048424 | Singapore | Intercompany | 3/22/2016 | $475,000.00 |
| Sunedison Energy Holding , (Singapore) P | 8 Cross Street, #11-00 PWC Bldg | | | | Singapore | SG | 048424 | Singapore | Intercompany | 3/8/2016 | $500,000.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 3/16/2016 | $810,020.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 3/3/2016 | $60,020.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 2/24/2016 | $810,020.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 2/17/2016 | $1,000,020.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 2/10/2016 | $259,020.00 |
| Sunedison Kuching Sdn Bhd | Lot 2118, Jalan Usaha Jaya | Sama Jaya Fiz | | | Kuching | SAR | 93450 | Malaysia | Intercompany | 1/22/2016 | $1,620,020.00 |
| Sunedison Products Singapore , Pte. Ltd. | 11 Lorong 3 Toa Payoh | Blk B Jackson Square 4th Floor | | | Singapore | | 319579 | Singapore | Intercompany | 3/22/2016 | $300,000.00 |
| Sunedison Products Singapore , Pte. Ltd. | 11 Lorong 3 Toa Payoh | Blk B Jackson Square 4th Floor | | | Singapore | | 319579 | Singapore | Intercompany | 2/17/2016 | $500,000.00 |
| Sunedison Products Singapore , Pte. Ltd. | 11 Lorong 3 Toa Payoh | Blk B Jackson Square 4th Floor | | | Singapore | | 319579 | Singapore | Intercompany | 1/22/2016 | $7,000.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 4/14/2016 | $1,000,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 3/29/2016 | $28,000,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 3/15/2016 | $3,200,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 3/4/2016 | $11,158,277.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/29/2016 | $600,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/16/2016 | $23,771,279.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/12/2016 | $1,200,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/11/2016 | $6,100,556.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/10/2016 | $4,000,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 2/4/2016 | $5,000,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 1/28/2016 | $2,030,020.00 |
| Sunedison, Inc. | 13736 Riverport Drive | | | | Maryland Heights | MO | 63043 | | Intercompany | 1/26/2016 | $6,000,020.00 |
| The Hackett Group | 1001 Brickell Bay Drive Suite 3000 | | | | Miami | FL | 33131 | | Trade (Line of Credit) | 2/3/2016 | $295,425.41 |
| Tokai Carbon Usa | 4495 NW 235TH Ave | | | | Hillsboro | OR | 97124 | | Trade (Line of Credit) | 4/5/2016 | $104,921.08 |
| Tokai Carbon Usa Inc | 4495 NW 235TH Ave | | | | Hillsboro | OR | 97124 | | Trade (Line of Credit) | 4/5/2016 | $303,416.31 |
| Tokai Carbon Usa Inc | 4495 NW 235TH Ave | | | | Hillsboro | OR | 97124 | | Trade (Line of Credit) | 4/5/2016 | $258,672.22 |
| Tokai Carbon Usa Inc | 4495 NW 235TH Ave | | | | Hillsboro | OR | 97124 | | Trade (Line of Credit) | 4/5/2016 | $126,121.57 |
| Tokai Carbon Usa Inc | 4495 NW 235TH Ave | | | | Hillsboro | OR | 97124 | | Trade (Line of Credit) | 4/5/2016 | $11,749.87 |
| Ttcal-Vi-Reit-Col Jackson | 11 Lorong 3 Toa Payoh Block D | | | | Singapore | SG | 319579 | Singapore | Trade | 4/11/2016 | $72,608.84 |

5 of 6

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttcal-Vi-Reit-Col Jackson | 11 Lorong 3 Toa Payoh Block D | | | | Singapore | SG | 319579 | Singapore | Trade | 3/1/2016 | $69,651.36 |
| Ttcal-Vi-Reit-Col Jackson | 11 Lorong 3 Toa Payoh Block D | | | | Singapore | SG | 319579 | Singapore | Trade | 1/27/2016 | $68,667.91 |
| Tuas Power Supply Pte Ltd | 111 Somerset Road Tripleone | | | | Somerset 13-06 | SG | 238164 | Singapore | Trade | 3/23/2016 | $5,223.67 |
| Tuas Power Supply Pte Ltd | 111 Somerset Road Tripleone | | | | Somerset 13-06 | SG | 238164 | Singapore | Trade | 2/24/2016 | $5,988.05 |
| Tuas Power Supply Pte Ltd | 111 Somerset Road Tripleone | | | | Somerset 13-06 | SG | 238164 | Singapore | Trade | 1/28/2016 | $6,941.34 |
| Tuv Sud Cert & Test China Shh | NO. 88, Heng Tong Road | | | | Shanghai | 20 | 200070 | China | Trade | 2/23/2016 | $8,480.00 |
| Tuv Sud Cert & Test China Shh | NO. 88, Heng Tong Road | | | | Shanghai | 20 | 200070 | China | Trade | 2/11/2016 | $4,770.00 |
| Tuv Sud Cert & Test China Shh | NO. 88, Heng Tong Road | | | | Shanghai | 20 | 200070 | China | Trade | 2/2/2016 | $7,414.77 |
| United Overseas Bank Ltd | Yue Ngan Ying | 1 Raffles Place #23-61 | One Raffles Place Tower 2 | | | | 048616- | Singapore | Trade | 4/12/2016 | $69.20 |
| United Overseas Bank Ltd | Yue Ngan Ying | 1 Raffles Place #23-61 | One Raffles Place Tower 2 | | | | 048616- | Singapore | Trade | 3/9/2016 | $38.30 |
| United Overseas Bank Ltd | Yue Ngan Ying | 1 Raffles Place #23-61 | One Raffles Place Tower 2 | | | | 048616- | Singapore | Trade | 2/16/2016 | $17,954.00 |
| UTS Environmental | 9000 Liberty Rd | | | | Houston | TX | 77028 | | Trade (Line of Credit) | 4/5/2016 | $117,307.58 |
| UTS Environmental | 9000 Liberty Rd | | | | Houston | TX | 77028 | | Trade (Line of Credit) | 4/5/2016 | $58,861.46 |
| Viewqwest Pte Ltd | 200 Bukit Timah Road | | | | Singapore | SG | 229862 | Singapore | Trade | 3/23/2016 | $2,739.78 |
| Viewqwest Pte Ltd | 200 Bukit Timah Road | | | | Singapore | SG | 229862 | Singapore | Trade | 2/24/2016 | $2,649.54 |
| Wells Fargo Bank N.A. | P.O. Box 63020 | | | | San Francisco | CA | 94163 | | Trade | 3/1/2016 | $154,290.18 |
| Wells Fargo Bank N.A. | P.O. Box 63020 | | | | San Francisco | CA | 94163 | | Trade | 2/25/2016 | $156,942.04 |
| Woongjin | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | Trade (Line of Credit) | 4/5/2016 | $8,212,446.43 |
| | | | | | | | | | | Total: | $326,380,570.48 |

In re SunEdison Products Singapore PTE. Ltd.
Case No. 16-11014
SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| George Powell | 13736 Riverport Dr | | Maryland Heights | MO | 63043 | | President, North America Solar Energy | Personal ExPat Tax Paid by Sunedison | 1/18/2016 | $48,905.81 |
| Gintech Energy Corporation | 9F No295 Tiding Blvd Sec2 | | Taipei City | TW | 114 | Taiwan | Affiliate | Intercompany | 2/10/2016 | $561,098.80 |
| Gintech Energy Corporation | 9F No295 Tiding Blvd Sec2 | | Taipei City | TW | 114 | Taiwan | Affiliate | Intercompany | 8/31/2015 | $1,459,632.31 |
| Gintech Energy Corporation | 9F No295 Tiding Blvd Sec2 | | Taipei City | TW | 114 | Taiwan | Affiliate | Intercompany | 7/28/2015 | $4,676,405.55 |
| Gintech Energy Corporation | 9F No295 Tiding Blvd Sec2 | | Taipei City | TW | 114 | Taiwan | Affiliate | Intercompany | 6/8/2015 | $71,846.29 |
| Gintech Energy Corporation | 9F No295 Tiding Blvd Sec2 | | Taipei City | TW | 114 | Taiwan | Affiliate | Intercompany | 5/22/2015 | $8,685,959.64 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 12/16/2015 | $230,768.44 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 11/16/2015 | $409,739.64 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 10/15/2015 | $268,570.01 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 9/17/2015 | $288,317.05 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 8/18/2015 | $266,321.29 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 7/20/2015 | $246,416.09 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 6/19/2015 | $256,912.56 |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | 12 Floor, No. 2-8, Huaihai Zhong | | Shanghai | | 20 200021 | China | Affiliate | Intercompany | 5/21/2015 | $246,913.68 |
| MEMC Products Korea Co. Ltd. | 1321 Yongwon-Dong | | Changwon-si | KR | 645-510 | South Korea | Affiliate | Intercompany | 7/10/2015 | $1,100,020.00 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 12/6/2015 | $18,700,020.00 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 8/6/2015 | $1,174,234.86 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 6/29/2015 | $370,020.00 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 6/10/2015 | $5,900,020.00 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 5/29/2015 | $500,020.00 |
| SMP Ltd. | 18 Yeocheon-Ro 217Beon-Gil Namgu | | Ulsan | KR | 680-090 | South Korea | Affiliate | Intercompany | 5/14/2015 | $1,100,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 3/8/2016 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 3/7/2016 | $800,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 3/6/2016 | $700,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 2/11/2016 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 2/11/2016 | $200,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 2/10/2016 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 2/10/2016 | $800,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 2/6/2016 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 12/15/2015 | $1,500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 12/8/2015 | $1,000,020.00 |

In re SunEdison Products Singapore PTE. Ltd.

Case No. 16-11014

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 12/6/2015 | $900,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 11/13/2015 | $1,200,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 11/6/2015 | $500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 10/28/2015 | $50,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 10/15/2015 | $1,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 9/18/2015 | $800,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 9/15/2015 | $1,100,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 9/10/2015 | $200,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 9/2/2015 | $1,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 9/1/2015 | $600,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 8/27/2015 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 8/25/2015 | $250,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 8/11/2015 | $500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 8/6/2015 | $900,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 7/23/2015 | $1,500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 7/22/2015 | $200,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 7/20/2015 | $600,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 7/15/2015 | $1,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 7/14/2015 | $1,500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 6/29/2015 | $4,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 6/18/2015 | $2,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 6/15/2015 | $1,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 6/7/2015 | $400,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 5/26/2015 | $6,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 5/14/2015 | $1,000,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 5/10/2015 | $5,500,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 4/30/2015 | $810,020.00 |
| SunEdison Kuching Sdn. Bhd. | Lot 2118,Jalan Usaha Jaya | Sama Jaya | Kuching | SAR | 93450 | Malaysia | Affiliate | Intercompany | 4/30/2015 | $600,020.00 |
| | | | | | | | | | Total: | $90,722,922.02 |

SunEdison Products Singapore Pte Ltd

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Equis Funds Group Pte Ltd v. SunEdison Energy Holdings (Singapore) Pte Ltd and SunEdison Products Singapore Pte Ltd | Claim of USD 1 million approx. Based on unfair termination of an exclusivity agreement in the sale of some Thai projects | Singapore International Arbittration Centre | Pending |
| Taimax and Woongjin Energy Co., Ltd. | Claim for past due | Taiwan | Active |
| Zhonghuan Hong Kong Holding Limited | Claim for past due | Hong Kong | Active |

Madison Products Holding, LLC
SOFA Part 6, Question 11 - Payments related to
bankruptcy

| Name of Payee | Address1 | Address2 | City | State | Country | Zip | Payor if not the Debtor | If not money, describe property transferred | Date of Payment or Transfer | Total amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP | 300 North LaSalle | | Chicago | IL | US | 60654 | N/A | N/A | 1/22/2016 | $2,159,021.10 |
| Mckinsey & Company Inc. | 55 East 52nd Street | | New York | NY | US | 10022 | N/A | N/A | 4/5/2016 | $1,810,458.12 |
| Mckinsey & Company Inc. | 55 East 52nd Street | | New York | NY | US | 10022 | N/A | N/A | 4/5/2016 | $402,308.08 |
| Mckinsey & Company Inc. | 55 East 52nd Street | | New York | NY | US | 10022 | N/A | N/A | 2/16/2016 | $665,000.00 |
| Mckinsey & Company Inc. | 55 East 52nd Street | | New York | NY | US | 10022 | N/A | N/A | 2/12/2016 | $2,000,000.00 |
| Mckinsey & Company Inc. | 55 East 52nd Street | | New York | NY | US | 10022 | N/A | N/A | 1/22/2016 | $1,628,000.00 |
| | | | | | | | | | Total: | $8,664,787.30 |

SunEdison Products Singapore Pte. Ltd.
SOFA Part 6, Question 13 - Other Transfers

| Name of Transferee | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Description of Property Transferred or Payments Made | Date of Payment or Transfer | Total amount or (Inventory) value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Flextronics Industrial Ltd. | 2 Changi South Lane | | | Singapore | | 486123 | Singapore | Vendor | Module transferred in exchange for settlement of outstanding trade AP | 3/1/2016 | $98,601,684.00 |
| Neo Solar Power | 7, Li-Hsin 3rd Rd, Hsinchu Science Park | | | Hsinchu | | 30078 | Taiwan | Vendor | Module transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $4,494,078.00 |
| Neo Solar Power | 7, Li-Hsin 3rd Rd, Hsinchu Science Park | | | Hsinchu | | 30078 | Taiwan | Vendor | Wafer transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $10,422,860.00 |
| Sino-American Silicon Products | No. 8. Industrial East Road 2 | | | Hsinchu | | 30078 | Taiwan | Vendor | Wafer transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $2,392,060.00 |
| Woongjin Energy | 37, Gwanpyeong-dong Techno 2-ro | | | Yuseong-Gu Daejoen | | 305-509 | Korea | Vendor | Ingot transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $2,744,674.00 |
| Zhonghuan Semiconductor Corporation | No. 12 East Haitai Road, Huayuan Industrial Park, Hi-tech Industrial Zone | | | Tianjin | | 300384 | China | Vendor | Ingot transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $2,884,185.00 |
| Zhonghuan Semiconductor Corporation | No. 12 East Haitai Road, Huayuan Industrial Park, Hi-tech Industrial Zone | | | Tianjin | | 300384 | China | Vendor | Wafer transferred in exchange for settlement of outstanding trade AP | 4/1/2016 | $885,322.00 |
| | | | | | | | | | | Total: | $122,424,863.00 |

In re SunEdison Products Singapore Pte. Ltd.
Case No. 16-11014
SOFA Part 10, Question 20 - Off-permises storage

| Storage Facility Name | Name of Those with Access to the Storage Facility | Description of Contents | Debtor Still in Possession (Yes / No) |
|---|---|---|---|
| 133, Sinhang 10-ro, Jinhae-gu, Changwon-si Gyeongsangnam-do, Korea | Angela Wang | Module | N |
| 16-15, Sinhang 4-ro, Jinhae-gu Changwon-si, Gyeongsangnam-do Korea | Angela Wang | Module | N |
| Accel Accel Comercial SA de CV Flextronics Manufacturing Juarez, S. De R.L. de C.V. Carretera Base Aerea Ave de Las Torres 2304 Oriente Parque Industrial Los Bravo CD Juarez, Chihuahua, CP 32695 Mexico | Profemia Rasco | Module | N |
| Av. dos Estados, 4530 - Vila Metalurgica, Santo André - SP, 09220-570 Itapevi - SP Brazil | Wellington Borges | Module / Structure | Y |
| Bonded warehouse II-3, Wuzhong Export Processing Zone,No.1 Wusongjiang Avenue Wuzhong District, Suzhou, Jiangsu 215124 P.R.China | Angela Wang | Module | Y |
| DH-1313 Don Haskins El Paso TX 79936 | Wellington Borges | Module | Y |
| Don Haskins 1313 Don Haskins El Paso TX 79936 | Profemia Rasco | Module | N |
| Expeditors DWS OF2 63 Rexdale Blvd, Rexdale, ON M9W1P1 Canada | Profemia Rasco | Module | N |
| No.7, Shih 1st Rd., Yangmei Township Taoyuan County 326 Taiwan (R.O.C.) | Angela Wang | Module | Y |
| No.7, Shih 1st Rd., Yangmei Township Taoyuan County 326 Taiwan (R.O.C.) | Angela Wang | Wafer | Y |

1 of 2

In re SunEdison Products Singapore Pte. Ltd.
Case No. 16-11014
SOFA Part 10, Question 20 - Off-premises storage

| Storage Facility Name | Name of Those with Access to the Storage Facility | Description of Contents | Debtor Still in Possession (Yes / No) |
|---|---|---|---|
| Pan Asia Logistics Malaysia Sdn Bhd<br>CP3A & CP3C, Jalan Tanjung A/4, Free Trade Zone<br>Port of Tanjung Pelepas<br>81560 Gelang Patah Johor<br>Malaysia | Profemia Rasco | Module | N |
| Rod PE-60 S/N Km 14<br>5 Gleba G -  Bairro: Suape / Ipojuca-PE<br>Brazil | Wellington Borges | Module/Balance of Systems-other materials | Y |
| Rodovia SP 029, Cel. PM. Nelson Tranchesi, 1730 - Bairro: Itaqui<br>Itapevi - SP<br>Brazil | Wellington Borges | Module / Structure / Invertors / Others | Y |
| RT Cargo Sdn Bhd, Lot 1421, Section 66, KTLD, Jalan Meranti, Bintawa Estate<br>93450 Kuching, Sarawak<br>Malaysia | Natalie Lin | Modules | Y |
| Trade Center<br>7800 Trade Center<br>El Paso TX 79912 | Profemia Rasco | Module | N |

SunEdison, Inc. et al. Case No. 16-11014
SOFA Part 13, Question 25 - Other businesses in which the Debtor has or has had an interest

| Name | Address1 | Address2 | Address4 | City | State | Postal Code | Country | Taxpayer ID No. (EIN) | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|---|---|---|---|---|---|
| Eversol Corporation | No. 71, Sec. 3, Minsheng E. Rd | 9F | | Taipei City | Zhongshan District | 10478 | Taiwan | Not Applicable | Electrical component manufacturing | 09/17/2007-Present |
| Gintech Energy Corporation | No. 21M Jebeu 1st Rd.  Hsinchu Science Park | | | Taipei City | Jhunan Township Miaoli, County 350 | | Taiwan | Not Applicable | Minority Interestsolar cell manufacturer | 08/10/2005-Present |
| MEMC Enterprise Consulting Shanghai Co., Ltd. | Lippo Plaza No. 222 Huaihai Zhong Road | Suite 3708 | | Shanghai | Shanghai | 200021 | China | Not Applicable | Other durable goods | 05/28/2008-Present |
| MEMC Jusung Solar Ltd. | No. 49 Neungpyeong-ri Opo-eup | | | Gwangju-si Geyonggi-do | | 464-892 | Korea | Not Applicable | Operating JVsolar cell manufacturer | 07/04/2011-Present |
| MEMC Products Korea Co. Ltd. | (Ace Higtech 21)Room #1411, 48 Centum jungang-ro, Haeundae-gu | | | Busan-city | Busan-city | | Korea | Not Applicable | Operations & Sales | 12/06/2012-Present |
| MEMC Solar Services Pvt. Ltd. | Menon Eternity | 10th Floor, New 165, Old 110, St. Mary's Road | Alwarpet | Chennai | | 600 018 | India | Not Applicable | Other business support services | 01/25/2010-Present |
| SMP Ltd. | 190 Yeocheon-dong | | | Nam-gu Ulsan | | | Korea | Not Applicable | Operating JVpolysilicon manufacturer | 04/01/2011-Present |
| SunEdison Energy India Private Limited | New 165, Old 110, St. Mary's Road | Menon Eternity, 10th Floor | | Chennai | Alwarpet | 600 018 | India | Not Applicable | Holding Company | 01/22/2010-Present |
| SunEdison Kuching Sdn. Bhd. | Lot 2118, Jalan Usaha Jaya Sama Jaya Free Industrial | | | Kuching | Sarawak | 93250 | Malaysia | Not Applicable | Electrical component manufacturing | 04/23/2010-Present |
| SunEdison New Energy Technology (Shanghai) Company Limited | Rm 505-12, Lane 2005, Huangxing Rd | | | Shanghai | Yangpu district | 200433 | China | 98-1202078 | consulting and trading company | 11/01/2011-Present |
| SunEdison Research Pvt. Ltd. | New 165, Old 110, St. Mary's Road | Menon Eternity, 10th Floor | | Chennai | Alwarpet | 600 018 | India | Not Applicable | Other business support services | 01/25/2010-Present |

In re SunEdison Products Singapore Pte. Ltd.

SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Position and nature of any interest | Percentage of interest, if any |
|------|----------|----------|----------|----------|------|-------|-----|---------|-------------------------------------|-------------------------------|
| Abdul Jabbar Bin Karam Din | 9 Battery Road #15-01 | Straits Trading Building | | | Singapore | | 049910 | Singapore | Secretary (Officer) | 0% |
| Fazilah Abdul Rahim | 9 Battery Road #15-01 | Straits Trading Building | | | Singapore | | 049910 | Singapore | Secretary (Officer) | 0% |
| Hang Cek Liong | 9 Battery Road #15-01 | Straits Trading Building | | | Singapore | | 049910 | Singapore | Director | 0% |
| Puneet Gupta | 9 Battery Road #15-01 | Straits Trading Building | | | Singapore | | 049910 | Singapore | Director | 0% |
| Rajaram Nagarajan | 9 Battery Road #15-01 | Straits Trading Building | | | Singapore | | 049910 | Singapore | Director | 0% |
| SunEdison International, Inc. | 13736 Riverport Drive | Suite 1000 | | | Maryland Heights | MO | 63043 | | Controlling Shareholder | 100% |

In re SunEdison Products Singapore Pte. Ltd.                                        Case No. 16-11049

SOFA Part 13, Question 29 -  Officers, Directors, Managing Members, Controlling Shareholders, etc. who withdrew within 1 year preceding commencement of the case

| Name | Address1 | Address2 | City | State | Zip | Position and nature of any interest | Period during which position was held |
|------|----------|----------|------|-------|-----|-------------------------------------|----------------------------------------|
| Brian Wuebbels | 13736 Riverport Drive | Suite 1000 | Maryland Heights | MO | 63043 | Director | 07/2012 - 08/2015 |
| Manavendra Sial | 13736 Riverport Drive | Suite 1000 | Maryland Heights | MO | 63043 | Director | Unknown - 08/2015 |
| Mark George Sandy | 13736 Riverport Drive | Suite 1000 | Maryland Heights | MO | 63043 | Director | 04/2014 - 08/2015 |
| Martin H. Troung | 13736 Riverport Drive | Suite 1000 | Maryland Heights | MO | 63043 | Director | 04/2013 - 08/2015 |